MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

**Unclaimed Dividends and/or**
**Distributions Less Than $5 For Deposit To Registry Fund**

Debtors:    William J. Moosbrugger

Chapter 7

Case No. 08-32322

Please Check One:

\_\_\_\_\_    Unclaimed Dividends

__X__    Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Sherwin Williams<br>5425 Opprtunity Court<br>Minnetonka, MN 55343 | 2 | $182.76 | $2.48 |

Date:  June 15, 2010

_____
Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475